IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| KIMBERLEE JEROME and SUSAN SOLOMON,              )<br>              )<br>       Plaintiffs,              )<br>              ) Civil Action No.  05-861<br>v.              )<br>              )<br>ALBERTO GONZALES,              )<br>Attorney General of the              )<br>United States              )<br>              )<br>       Defendant.              ) | |

**ORDER**

This matter comes before this Court on Defendant's Motion to Sever Claims.

The Court finds that the interests of justice will be served by severing the two plaintiffs' claims pursuant to Fed. R. Civ. P. 20(b).  It is hereby

ORDERED that Defendant's motion is GRANTED, Plaintiffs may have ten days to file separate complaints, and the December 8, 2005 Order issued by this Court ordering the parties to conduct a pretrial conference on December 28, 2005, is vacated.

                                        /s/
                              _____
                              CLAUDE M. HILTON
                              UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
December 23, 2005